# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 25-mj-04882-AHG-1 |
| Plaintiff, | **JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS THE COMPLAINT WITHOUT PREJUDICE** |
| v. | |
| LAURA VELMONT-GARCIA, | |
| Defendant | |

Upon the motion of the United States, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Complaint against Defendant in this case is dismissed without prejudice.

SO ORDERED.

DATED: September 19, 2025

_____
HONORABLE ALLISON H. GODDARD
UNITED STATES MAGISTRATE JUDGE